UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVETTE SMITH,

     Plaintiff,

v.                                  CASE NO: 8:04-cv-1924-T-23TBM

THE HOME DEPOT WELFARE
BENEFITS PLAN,

     Defendant.

_____/

### ORDER

     United States Magistrate Judge Thomas B. McCoun submits a report and recommendation (Doc. 56) on the plaintiff's motion for attorney's fees and motion for a determination of benefits.  No party intends to object.  Accordingly, the report and recommendation (Doc. 56) is **ADOPTED** and the plaintiff's motion (Doc. 50) for attorney's fees and motion (Doc. 51) for a determination of benefits are **DENIED AS MOOT**.  The Plaintiff is awarded $215.00 in costs.  The Clerk is directed to enter judgment in favor of the Plaintiff in the amount of $215.00.

     ORDERED in Tampa, Florida, on October 2, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy